JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
REX M. MARTINEZ, ESQ.
Nevada Bar No: 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KELLE SHARPE, an Individual, | CASE NO.: 2:21-cv-00386-APG-DJA |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY FOR PLAINTIFF SHARPE; ORDER** |
| CITIGROUP, INC., dba CITIBANK; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

THE COURT AND ALL THOSE LISTED ON THE ATTACHED CERTIFICATE OF SERVICE, YOU ARE HEREBY NOTIFIED THAT:

Subject to approval by the court, JENNY L. FOLEY, Ph.D, ESQ. and REX M. MARTINEZ, ESQ., of HKM EMPLOYMENT ATTORNEYS, LLP, hereby substitute F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES PPLC as Plaintiff Kelle Sharpe's attorneys of record in the above-referenced action.

/ / /

/ / /

Contact information for new counsel is as follows:

HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
E-mail: rmartinez@hkm.com

I ACCEPT THE ABOVE SUBSTITUTION.                    _Kelle Sharpe_____
DATE: 6/30/2021                                     (Signature of Party(s))

I ACCEPT THE ABOVE SUBSTITUTION.                    _F. Travis Buchanan___
DATE: 7/15/21                                       (Signature of Former Attorney)

I ACCEPT THE ABOVE SUBSTITUTION.                    Jenny L. Foley
DATE: 07/15/21                                      _Jenny L. Foley_____
                                                    (Signature of New Attorney)

DATED this 15th day July, 2021.

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED:**

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____July 16_____, 2021.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2021, I caused to be served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY FOR PLAINTIFF SHARPE; ORDER** on the following persons as follows:

\_\_\_ by placing the same for mailing in the United States Mail, in a sealed envelope on which first class postage was prepaid in Las Vegas, Nevada and/or

_X_ to be sent via electronic filing with the Clerk of the Court using the Court's electronic filing system and serving all parties with an email address of record who have agreed to receive Electronic Service in this action

\_\_\_ to be hand delivered to the persons and/or addresses below:

/s/ Jai Tanghal
An Employee of HKM EMPLOYMENT ATTORNEYS LLP