# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLE SHARPE, an individual,<br><br>                 Plaintiff,<br>v.<br><br>CITIGROUP, INC. dba CITIBANK; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive,<br><br>                 Defendants. | Case No. 2:21-cv-00386APG-DJA<br><br>**ORDER DISMISSING CASE** |

      On August 2, 2021, the plaintiff was notified by the court that this action would be dismissed without prejudice unless by September 1, 2021 the plaintiff filed proper proof of service or showed good cause why such service was not timely made. ECF No. 7.  That same day, the plaintiff filed a motion to stay the case because the claims asserted in the complaint are subject to an arbitration agreement. ECF No. 6.  The plaintiff has failed to file proof of service nor shown good cause why service was not made.  Nor has the plaintiff shown why this case must remain pending when all of the claims will be resolved by arbitration.  If the plaintiff needs court assistance to enforce an arbitration award, she may file a new action to do so at that time.

      I THEREFORE ORDER that this case is DISMISSED without prejudice.  The clerk of the court is directed to close this case.

      DATED THIS 17th day of September, 2021.

                                                               _____<br>
                                                              UNITED STATES DISTRICT JUDGE